In the Matter of the Claim of MICHAEL DUGAN against HARRY J. MCARDLE, INCORPORATED, et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

*Dugan v. McArdle, Inc.*, 184 App. Div. 570, affirmed.

(Argued January 6, 1919; decided January 21, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 14, 1918, reversing an award of the state industrial commission made under the Workmen's Compensation Law. Two questions were involved: (1) Whether the employer's business was that of storage

within the meaning of group 29 of section 2 of the Workmen's Compensation Law, and (2) whether there was evidence sustaining the finding of the commission that the employer and the insurance carrier were not prejudiced by the failure of the employee to give written notice of the injury, as required by section 18 of the statute.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for appellant.

*E. C. Sherwood, William B. Davis* and *Amos H. Stephens* for respondents.

Order affirmed, with costs against the state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., CHASE, McLAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN, CARDOZO and POUND, JJ.